IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIRA AVEY, INDIVIDUALLY AND, ON BEHALF OF THE ESTATE OF STEVEN AVEY; LAURA AVEY; HEATHER BIRDWELL; BRANDI CHAMBERS; AND ANGELA MILLER,<br>        Plaintiffs,<br><br>VS.<br><br>NAVISTAR, INC., D/B/A INTERNATIONAL TRUCK; AND GEFCO, INC. D/B/A SPEEDSTAR,<br>        Defendants. | § § § § § § § § § § § § § § | Civil Action No. 5:12-cv-01211-R<br>Jury |

ORDER GRANTING PLAINTIFFS'
NOTICE OF DISMISSAL OF DEFENDANT GEFCO, INC. D/B/A SPEEDSTAR

CAME ON this day Plaintiffs' Notice of Dismissal of Defendant GEFCO, Inc. d/b/a Speedstar ("GEFCO"), and after considering said Notice, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendant GEFCO are dismissed without prejudice to re-filing.

IT IS SO ORDERED this 20th day of December, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE