IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAURA AVEY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STEVEN AVEY AND ON BEHALF OF KIRA AVEY; HEATHER BRIDWELL; BRANDI CHAMBERS; AND ANGELA MILLER,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVISTAR, INC.; AND BLUE TEE CORPORATION D/B/A GEFCO,<br><br>    Defendants. | Case No. CIV-12-1211-R |

## ORDER OF MUTUAL DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation of Dismissal Without Prejudice of Defendant, Navistar, Inc. and Defendant Blue Tee Corporation d/b/a GEFCO (Dkt. No. 54), all cross-claims asserted by defendant Navistar, Inc. against defendant Blue Tee Corporation d/b/a GEFCO and all cross-claims asserted by defendant Blue Tee Corporation d/b/a GEFCO against defendant Navistar, Inc. are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED this 12th day of August, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE